UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JIMMIE LESTER, | : | Case No. 1:16-cv-1065 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| DEANN OSGOOD, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 7)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on November 30, 2016, submitted a Report and Recommendation.  (Doc. 7).  No objections were filed.[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in their entirety.

---

[1] In fact, Plaintiff filed a memorandum stating that he "concur[ed] with the Magistrate's decision to dismiss the Complaint in conjunction to the Ohio Department of Rehabilitation and Corrections." (Doc. 9 at 2).

Accordingly, Plaintiff's claim against the Ohio Department of Rehabilitation and Corrections is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Date: 12/15/16

*Timothy S. Black*
Timothy S. Black
United States District Judge