# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| JIMMIE LESTER,<br>　　Plaintiff,<br><br>　　vs.<br><br>OHIO DEPARTMENT OF<br>REHABILITATION AND<br>CORRECTION, et al.,<br>　　Defendants. | Civil Action No. 1:16-cv-1065<br>Black, J.<br>Litkovitz, M.J.<br><br><br>**ORDER** |

This matter is before the Court on defendant Deann Osgood's motion to stay discovery pending the resolution of her motion for judgment on the pleadings. (Doc. 42). Plaintiff has not filed a response in opposition to the motion to stay. Because the motion to stay is unopposed, and because the motion for judgment on the pleadings is based on plaintiff's alleged failure to comply with filing deadlines and administrative exhaustion requirements, the Court exercises its discretion to stay discovery until the motion for judgment on the pleadings is resolved. *See Hahn v. Star Bank*, 190 F.3d 708, 719 (6th Cir. 1999) ("Trial courts have broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are determined.").

It is therefore **ORDERED** that defendant's motion to stay discovery (Doc. 42) is **GRANTED**. The discovery and dispositive motion deadlines are **STAYED** pending resolution of defendant's motion for judgment on the pleadings.

Date: 9/8/2017　　　　　　　　　　　　　　　　*s/Karen L. Litkovitz*
　　　　　　　　　　　　　　　　　　　　　　　Karen L. Litkovitz
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge